[THE STATE, EX REL.] ALOI, APPELLANT, *v.*
COURT OF COMMON PLEAS, SUMMIT COUNTY.

(No. 80-899—Decided December 23, 1980.)

Mr. *Tony Aloi, pro se.*
Mr. *Stephan M. Gabalac,* prosecuting attorney, and Mr. *Carl M. Layman III,* for appellee.

*Per Curiam.* The appeal is dismissed, *sua sponte,* as being moot, for the reason that appellee acted on appellant's second petition to vacate on August 21, 1980.

*Appeal Dismissed.*

CELEBREZZE, C. J., W. BROWN, P. BROWN, SWEENEY, LOCHER, HOLMES and DOWD, JJ, concur.